# EXHIBIT A

Financial Analysis Joey R. Preston Family Turst/Joey R. Preston

| Bank | Account | Type | Date Posted | Date | Check No | Payee/Remitter | Money Out | Money In |
|---|---|---|---|---|---|---|---|---|
| Gvl First | ABC | Dep | | 16-Jan-09 | | Joey R Preston | | $138,000.00 |
| Gvl First | ABC | Dep | | 21-Apr-09 | | Joey R Preston | | $54,000.00 |
| Gvl First | ABC | Chk | 15-Mar-10 | 08-Mar-10 | 12274 | Joey Preston Family Trust | $125,000.00 | |
| Gvl First | ABC | Chk | 21-May-10 | 19-May-10 | 12445 | Joey Preston Family Trust | $80,000.00 | |
| Gvl First | ABC | Chk | 07-Sep-10 | 07-Sep-10 | 12695 | Joey Preston Family Trust | $75,000.00 | |
| Gvl First | ABC | Chk | 24-Nov-10 | 23-Nov-10 | 12906 | Joey Preston Family Trust | $100,000.00 | |
| Gvl First | ABC | Chk | 13-Jan-11 | 12-Jan-11 | 13040 | Joey Preston Family Trust | $100,000.00 | |
| Gvl First | ABC | Chk | 14-Mar-11 | 14-Mar-11 | 13206 | Joey Preston Family Trust | $75,000.00 | |
| Cornerstone | ABC | Chk | 26-Apr-11 | 25-Apr-11 | 5521 | Joey Preston Family Trust | $150,000.00 | |
| Gvl First | ABC | Chk | 02-Jun-11 | 31-May-11 | 13305 | Joey Preston Family Trust | $75,000.00 | |
| Gvl First | ABC | Chk | 09-Jun-11 | 08-Jun-11 | 13306 | Joey Preston Family Trust | $75,000.00 | |
| Gvl First | ABC | Chk | 19-Jul-11 | 18-Jul-11 | 13321 | Joey Preston Family Trust | $75,000.00 | |
| Gvl First | ABC | Chk | 11-Aug-11 | 10-Aug-11 | 13326 | Joey Preston Family Trust | $75,000.00 | |
| Gvl First | ABC | Chk | 21-Sep-11 | 20-Sep-11 | 13338 | Joey Preston Family Turst | $75,000.00 | |
| Gvl First | ABC | Chk | 21-Oct-11 | 20-Oct-11 | 13347 | Joey Preston Family Trust | $75,000.00 | |
| Gvl First | ABC | Chk | 22-Nov-11 | 21-Nov-11 | 13355 | Joey Preston Family Trust | $40,000.00 | |
| Gvl First | ABC | Chk | 02-Dec-11 | 02-Dec-11 | 13359 | Joey Preston Family Trust | $35,000.00 | |
| Gvl First | ABC | Chk | 04-Jan-12 | 31-Dec-11 | 13367 | Joey Preston Family Trust | $30,000.00 | |
| Gvl First | ABC | Chk | 18-Jan-12 | 17-Jan-12 | 13374 | Joey Preston Family Trust | $40,000.00 | |
| Gvl First | ABC | Chk | 01-Feb-12 | 31-Jan-12 | 13378 | Joey Preston Family Trust | $60,000.00 | |
| Gvl First | ABC | Chk | 27-Feb-12 | 27-Feb-12 | 13388 | Joey Preston Family Trust | $50,000.00 | |
| | | | | | | Total | $1,410,000.00 | $192,000.00 |