# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| BEATTIE B. ASHMORE, IN HIS ) <br> CAPACITY AS COURT-APPOINTED ) <br> RECEIVER FOR RONNIE GENE WILSON ) <br> AND ATLANTIC BULLION & COIN, INC., ) <br>                                          ) <br> Plaintiff,   ) <br>                                          ) <br> vs.                                  ) <br>                                          ) <br>                                          ) <br> JOEY PRESTON,               ) <br>                                          ) <br> Defendant.                      ) | No. 8:15-cv-4519-JMC |

## CONFESSION OF JUDGMENT

The undersigned does hereby confess judgment in favor of Beattie B. Ashmore, Receiver Wilson-AB&C ("Receiver") in the amount of **$1,213,000.00**. Said amount being a just and true debt of the undersigned Joey Ray Preston ("Preston") to the Receiver, arising out of the undersigned's obligations as a net-winner and his participation as an investor in the criminal Ponzi scheme orchestrated by Ronnie Gene Wilson and Atlantic Bullion & Coin, Inc. as fully set forth in Criminal Information in *United States v. Wilson*, et al 8:12-cr-320-JMC. The undersigned acknowledges that he has consulted with an attorney and read and understands this Confession of Judgment; that he knows the contents hereof to be true; that he has executed and delivered this Confession of Judgment as his own free act with the intention and purpose of being legally bound hereby.

The undersigned further authorizes the entry of this Confession of Judgment against the undersigned in the Office of the Clerk of Court for Anderson County, South Carolina, and in any

other County in South Carolina, in accordance with all applicable state laws, and if need be in any other state in accordance with applicable law.

The undersigned hereby represents, warrants and acknowledges that this Confession of Judgment shall be binding in all respects against the undersigned from the date hereof, without regard to any time that may elapse between the date hereof and the date of filing of this Confession of Judgment.

IN WITNESS WHEREOF the undersigned has signed this Confession of Judgment this  8th  day of June 2016.

_____          _____
Witness #1                                                         Joey Ray Preston

_____
Witness #2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF SOUTH CAROLINA        )
                               )   VERIFICATION
COUNTY OF ANDERSON             )

PERSONALLY APPEARED before me is Joey Preston, who, after being duly sworn, deposes and says that he is the individual named in the foregoing Confession of Judgment, that he is familiar with the facts set forth in the Confession of Judgment, and that those facts are true and correct.

_____
Joey Preston

SWORN TO before me this
__8th__ day of June 2016.

_____(SEAL)
Notary Public for South Carolina
My Commission Expires: __12/8/2024__

3