AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Beattie B. Ashmore, in his Capacity as Court-Appointed Receiver for Ronnie Gene Wilson and Atlantic Bullion and Coin Inc | ) ) ) |
| *Plaintiff* | ) |
| v. | ) |
| Joey Preston | ) |
| *Defendant* | ) |

Civil Action No.     8:15-cv-4519-JMC

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff Beattie B. Ashmore, in his Capacity as Court-Appointed Receiver for Ronnie Gene Wilson and Atlantic Bullion & Coin Inc     recover from the defendant Joey Preston     the amount of One million two hundred thirteen thousand and 00/100     dollars ($1,213,000.00), plus postjudgment interest at the rate of  .68    %, along with costs.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs.

Date:   June 13, 2016                          *CLERK OF COURT*

                                        s/Angela Lewis, Deputy Clerk
                                        *Signature of Clerk or Deputy Clerk*